## BENJAMIN F. FELIX ET AL.
### v.
## D. H. DENTON.

STATEMENT.—This case is decided upon the authority of Fogg v. Sidwell, 8 Bradwell, 551, and Gulliver v. Baird, *ante* 421.

ERROR to the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.   Opinion filed November 29, 1881.

Mr. F. W. BECKER, for plaintiffs in error.

PER CURIAM.   The questions in this case are identical with those determined by this court in Fogg v. Sidwell, 8 Bradwell, and Gulliver v. Baird, et al. [*ante*, 421], decided at the present term.   In accordance with these decisions, the judgment in this case will be reversed and the cause remanded.

adgment reversed.